JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, | Case No. CV 20-4045 FMO (PLAx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JUSTIN CHANDLER, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Motion for Default Judgment, IT IS ADJUDGED that:

1. Judgment is hereby entered against the Estate of Luiza Karakhanyan, Deceased ("Estate of Luiza"), Vaagn Karakhanyan ("Karakhanyan"), and Karine Gyulnazaryan ("Gyulnazaryan") ("Gyulnazaryan") (collectively "Karakhanyan Defendants"), and in favor of Safeco Insurance Company of America's ("Safeco"), on Safeco's First Count for Declaratory Relief - No Duty to Defend Underlying Action. Safeco does not have, and never had, a duty to defend Justin Chandler a/k/a Justin Robert Chandler ("Chandler") in the underlying action, captioned Vaagn Karakhanyan, et al. v. Estate of Joel David White, Deceased, et al., Case No. 19STCV26017 ("Underlying Action") pursuant to the Personal Umbrella Policy, No. UA2996503 ("Policy").

2. Judgment is hereby entered against the Karakhanyan Defendants, and in favor of Safeco, on Safeco's Second Count for Declaratory Relief - No Duty to Indemnify as to the Underlying Action. Safeco does not have, and never had, a duty to indemnify Chandler as to the

Underlying Action pursuant to the Policy.

3. The above-captioned case is dismissed with prejudice.

4. Safeco shall serve the Karakhanyan Defendants with a copy of this Judgment in such manner as to make it operative in any future proceedings.

Dated this 9th day of July, 2021.

                                                /s/
                                 Fernando M. Olguin
                          United States District Judge